*Hendricks, Mills & Hendricks,* for defendant.

---

### 9089. HESTER *v.* McGINNIS.

LUKE, J. 1. A written waiver of homestead and exemption is good between the parties, though not shown by an execution issued upon a suit based on the contract wherein the waiver was made, and is provable aliunde, whether the lien of the judgment be general or special. *Flemister* v. *Phillips,* 65 *Ga.* 676; *Broach* v. *Powell,* 79 *Ga.* 79, 81 (3 S. E. 763). See also *Davis* v. *Taylor,* 103 *Ga.* 366, 375 (30 S. E. 50).

2. Upon the petition for certiorari and the answer thereto the court did not err in overruling the certiorari.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED APRIL 9, 1918.

Certiorari; from Gwinnett superior court—Judge Cobb. July 5, 1917.

*D. K. Johnston,* for plaintiff in error.  *O. A. Nix,* contra.